[Nos. 41319-1-II; 41320-5-II.   Division Two.   June 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER MEGAN MAU, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EDEN, *Appellant*.

Appeals from a judgment of the Superior Court for Lewis County, No. 10-1-00151-9, James W. Lawler, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 41354-0-II.   Division Two.   June 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES PETER OSLAKOVIC, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00389-2, Frederick W. Fleming, J., entered October 15, 2010. *Reversed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J.; Penoyar, J., dissenting.

[No. 41702-2-II.   Division Two.   June 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. Z.J.D., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-8-00184-9, David L. Edwards, J., entered January 6, 2011. *Reversed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 29567-2-III.   Division Three.   June 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE RAY HIGHTOWER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00063-5, Vic L. VanderSchoor, J., entered December 1, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Sweeney, J.